UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS T. JOSEPH,<br><br>                    Plaintiff,<br><br>         -against-<br><br>COUNTY OF WESTCHESTER, ET AL,<br><br>                    Defendants. | 22-CV-8891(LTS)<br><br>CIVIL JUDGMENT |

   For the reasons stated in the October 27, 2022, order, this action is dismissed.

   The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

  Dated:   October 27, 2022
           New York, New York

                                             /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             Chief United States District Judge